# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 2, 2009

Marilyn Kelly,
Chief Justice

139590

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GREGORY TYREE and TERRILYNN TYREE,
Individually and as Next Friend of Trevor G.
Tyree, Travis L. Tyree, Tabitha J. Tyree, and
Maximilian R. Tyree,
    Plaintiffs-Appellants,

v

                SC: 139590
                COA: 291654
MASTERS HOME IMPROVEMENT AND  Livingston CC: 06-022326-NO
DESIGN, INC., SKIDOO CARPENTRY, L.L.C.,
and KEVIN COOMBE,
    Defendants-Appellees,
and

AARON SMITH and JESSICA SMITH,
    Defendants.

_____/

   On order of the Court, the appellants having requested to withdraw their application for leave to appeal as moot, and no party having objected, the application for leave to appeal the Court of Appeals order of July 29, 2009 is DISMISSED as moot.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 2, 2009

Clerk

1124